Manuel D. Serpa, Calif. Bar No. 174182
LAW OFFICES OF HARRY J. BINDER
AND CHARLES E. BINDER, P.C.
770 The City Drive South Suite 2000
Orange, CA 92868
Phone (714) 564-8644
Fax   (714) 940-0311
Email:  mds.esq@gmail.com

Attorneys for Plaintiff Gilbert Vasquez

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| GILBERT VASQUEZ, | ) No. ED CV 12-1777-SH |
| | ) |
| Plaintiff, | ) **ORDER AWARDING ATTORNEY** |
| | ) **FEES UNDER THE EQUAL** |
| v. | ) **ACCESS TO JUSTICE ACT,** |
| | ) **PURSUANT TO 28 U.S.C. § 2412(d),** |
| CAROLYN W. COLVIN[1], | ) **AND COSTS, PURSUANT TO 28** |
| Commissioner of Social Security, | ) **U.S.C. § 1920** |
| | ) |
| Defendant. | ) |
| | ) |

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.  No further action need to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1  Based upon the parties' Stipulation for the Award and Payment of Equal
2  Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall
3  be awarded attorney fees under the EAJA in the amount of FOUR THOUSAND
4  SIX HUNDRED FIFTY dollars and 00/100's ($4,650.00), and costs under 28
5  U.S.C. § 1920, in the amount of THREE HUNDRED FIFTY DOLLARS AND
6  00/CENTS ($350.00), subject to the terms of the above-referenced Stipulation.
7  Any payment shall be delivered to Plaintiff's counsel.

Dated: August 23, 2013

HON. STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE